RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Shawn L. Kelly (admitted *pro hac vice*)
Jonathan D. Henry (*pro hac vice* application pending)
500 Fifth Avenue
New York, NY 10110
(212) 302-6574
skelly@riker.com
jhenry@riker.com
Attorneys for Defendant General Nutrition Corporation
(improperly pled as GNC Corp.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/6/12

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDEIA COWAN, LUIS SHEPHERD, HOLLY VIOLA, ALEXSANDRA CERDA, CYNTHIA HOGAN, DEBBIE VONGPHACHANH, TEBYTHA CHAN, LAVADA FALLON, and ELIZABETH FREEDMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WINDMILL HEALTH PRODUCTS, LLC, QUICKTRIM, LLC, KIMBERLY KARDASHIAN, KHLOE KARDASHIAN-ODOM, KOURTNEY KARDASHIAN, CHRISTOPHER TISI, and GNC CORP.,<br><br>Defendants. | Civil Action No.<br>1:12-cv-01541(VM)(AJP)<br><br><br>**ORDER ADMITTING COUNSEL<br>PRO HAC VICE** |

Upon motion of Jonathan D. Henry, attorney for Defendant General Nutrition Corporation:

**IT IS HEREBY ORDERED** that

>Jonathan D. Henry, Esq.
>Riker Danzig Scherer Hyland Perretti LLP
>Headquarters Plaza
>One Speedwell Avenue
>Morristown, New Jersey 07962-1981
>Phone: (973) 451-8434
>Fax: (973) 451-8715

is admitted to practice *pro hac vice* for Defendant General Nutrition Corporation ("GNC") in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Once the order granting *pro hac vice* admission has been signed and docketed, counsel will apply for an ECF Password on-line if counsel has not already received same. Counsel shall forward the *pro hac vice* fee to the Clerk of Court if same has not already been paid.

_____ 9/6/12
U.S.M.J.

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copies to: [illegible signature]

BY ECF

4279446v1