```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/5/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ANDEIA COWAN, et al.,                  :

        Plaintiffs,             :       12 Civ. 1541 (VM) (AJP)

   -against-                          :       **ORDER**

WINDMILL HEALTH PRODUCTS, LLC, et al., :

        Defendants.             :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       For the reasons stated at today's conference (see transcript), the case is stayed pending further Court order.

       Counsel shall advise the Court by August 15, 2013 as to what happened at the August 5, 2013 California State Court Final Approval Hearing re the proposed class action settlement in that case.

       SO ORDERED.

Dated:    New York, New York
           March 5, 2013

                                              Andrew J. Peck
                                              United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                               Judge Victor Marrero