UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
ANDEIA COWAN, et al.,

                Plaintiffs,                          12 Civ. 1541 (VM) (AJP)

          -against-                           ORDER OF DISMISSAL

WINDMILL HEALTH PRODUCTS, LLC, et al.,

                Defendants.
------------------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        On the parties consent, the case is voluntarily dismissed without prejudice and without costs. Plaintiffs may re-instate the action within two weeks if the parties are unable to agree on an appropriate tolling agreement.

        SO ORDERED.

Dated:        New York, New York
                  September 17, 2013

                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                               Judge Victor Marrero

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/17/13